DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 382P10-4 | State v. John Lewis Wray, Jr. | 1. Def's *Pro Se* Motion to Remand | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Vacate/ Dismiss Conviction Based on Altered/ Falsified Documents | 2. Dismissed<br>**Beasley, J., recused** |
| 382P15 | State v. Richard Jackson Hall | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-767) | Denied |
| 383P15 | State v. Lesiba Simon Matsoake | Def's PDR Under N.C.G.S. § 7A-31 (COA15-304) | Denied |
| 384P15 | State v. Sherry Endoleen Austin | Def's PDR Under N.C.G.S. § 7A-31 (COA15-44) | Denied |
| 385P15 | State v. Archimede N. Nkiam | 1. State's Motion for Temporary Stay (COA14-1164) | 1. Allowed **11/23/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's Notice of Appeal Based Upon a Constitutional Question | 3. — |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |
| | | 6. Def's Motion to Dismiss PDR | 6. Dismissed as moot<br>**Ervin, J., recused** |
| 387P05-3 | State v. Earl James Watson | Def's *Pro Se* Motion for PDR (COAP15-753) | Dismissed<br>**Ervin, J., recused** |
| 387P15 | State v. Judy Hardison | 1. State's Motion for Temporary Stay (COA15-150) | 1. Allowed **11/23/2105** Dissolved **01/28/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 388P15 | State v. Ralph Lewis Gettys | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-51) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |